**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AYLIN GAUGHAN,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN G. BAROUNIS, CITY OF NEW YORK, KATHERINE VIERA, WGCZ, S.R.O., STEPHANE MICHAEL PACAUD, MALORIE DEBORAH PACAUD, AND JOHN DOES 1-50,<br><br>Defendants. | Case No. ____________<br><br>Removed from:<br>The Supreme Court of the State of New York, New York County, Index No. 154203/2024<br><br>**NOTICE OF REMOVAL** |

Defendants WGCZ, S.R.O. ("WGCZ"), Stephane Michael Pacaud, and Malorie Deborah Pacaud, by and through their attorneys, Quinn Emanuel Urquhart & Sullivan, LLP, pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, hereby remove the attached action from the Supreme Court of the State of New York, County of New York (the "Supreme Court Action"), where the action is now pending, to the United States District Court for the Southern District of New York. Copies of all process, pleadings, and orders that have been filed in state court are attached to this Notice as **Exhibits 1-34**.

## INTRODUCTION

1. Plaintiff Aylin Gaughan ("Plaintiff" or "Gaughan") commenced this meritless action against WGCZ, Stephane Michael Pacaud, and Malorie Deborah Pacaud, based on allegations that defendants Stephen Barounis and Katherine Viera purportedly uploaded revenge porn and other inappropriate images depicting Plaintiff to WGCZ's website.

2. WGCZ, Stephane Michael Pacaud, and Malorie Deborah Pacaud deny Plaintiff's claims and look forward to presenting this Court with evidence proving them false.

3. For now, WGCZ, Stephane Michael Pacaud, and Malorie Deborah Pacaud hereby respectfully provide Notice of Removal of Plaintiff's state court action from the Supreme Court of New York to this Court based on federal question jurisdiction. Specifically, and as shown below, Plaintiff's eleventh cause of action against all defendants for violation of the Consolidated Appropriations Act, 2022 explicitly states that Section 1309 of the federal VAWA Reauthorization Act of 2022, passed as part of the Consolidated Appropriations Act, is allegedly based on a private, federal right of action.

**GROUNDS FOR REMOVAL**

4. On May 2, 2024, Plaintiff filed a complaint (the "Complaint") in the Supreme Court Action, naming Stephen Barounis, in his personal and professional capacity, the City of New York, Katherine Viera, WGCZ, Stephane Michael Pacaud, Malorie Deborah Pacaud, and John Does 1-50, entitled: *Aylin Gaughan, Plaintiff, v. Stephen G. Barounis et al.*, Docket No. 154302/2024. A true and correct copy of the Summons and Complaint is attached hereto as **Exhibit 1**.

5. Plaintiff filed a First Amended Complaint (the "FAC") on May 26, 2024. A true and correct copy of the SAC is attached hereto as **Exhibit 3**.

6. Plaintiff filed a Second Amended Complaint (the "SAC") on May 30, 2024. A true and correct copy of the SAC is attached hereto as **Exhibit 6**.

7. Plaintiff alleges causes of action for aggravated harassment and stolen identity, revenge porn (including under the federal Consolidated Appropriations Act), cyberstalking, cyber bullying, unlawful use of likeness, fraud, criminal impersonation, false advertising, intentional infliction of harm and distress, violation of privacy, and slander, libel, and defamation under state and local law. *See* SAC ¶¶ 94-235.

8. According to Plaintiff, she purported to serve WGCZ on July 3, 2024 per § 307 of the Bus. Corp. Law. A true and correct copy of the Affidavit of Service filed in the Supreme Court

Action on July 12, 2024 is attached hereto as **Exhibit 34.** Such service was not proper, nor has plaintiff purported to serve Stephane Michael Pacaud or Malorie Deborah Pacaud.

9. WGCZ, Stephane Michael Pacaud, and Malorie Deborah Pacaud deny any of them were properly served, as each is a foreign entity or individual and therefore service through the Hague Convention is required in each instance.

10. WGCZ has not answered, moved, or otherwise responded to the SAC, and its deadline to do so has not expired. Likewise, Stephane Michael Pacaud, and Malorie Deborah Pacaud have not answered, moved or otherwise responded to the SAC , and their deadline to do so has not expired.

11. This Court has original jurisdiction over this action under 28 U.S.C. § 1331, because this is an action where federal law creates Plaintiff's cause of action.

12. Specifically, Plaintiffs' Complaint identifies its eleventh cause of action against all defendants for violating the Consolidated Appropriations Act, 2022 and asserts that Section 1309 of the federal VAWA Reauthorization Act of 2022, passed as part of the Consolidated Appropriations Act, creates a federal right of action. *See* SAC ¶¶ 180-184; 15 U.S.C.A. § 6851.

13. Thus, the instant suit is one in which the United States District Court for the Southern District of New York has original jurisdiction pursuant to 28 U.S.C. § 1331. *See Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 125 S.Ct. 2611, 2623 (2005) ("A single claim over which federal-question jurisdiction exists is sufficient to allow removal.").

14. While WGCZ, Stephane Michael Pacaud, and Malorie Deborah Pacaud have not been served properly or at all, this Notice of Removal was filed within thirty (30) days of the purported receipt of the Complaint by WGCZ (on July 3, 2024.

15. Venue is proper in this Court because the New York Supreme Court, where the Supreme Court Action was originally filed, is a state court located within the United States District Court for the Southern District of New York. 28 U.S.C. §§ 112(b), 1441(a); ); *see, e.g.*, *Ortiz v. Pathmark Stores, Inc.*, 2004 WL 2351674, at *1 (S.D.N.Y. 2004) (properly removing personal injury action from the Supreme Court of the State of New York, County of New York, to the S.D.N.Y.).

16. Pursuant to 28 U.S.C. § 1446(d), WGCZ, Stephane Michael Pacaud, and Malorie Deborah Pacaud will give written notice of the filing of this notice and the removal of this action to Plaintiff, appearing pro se.

17. A copy of this notice will be filed with the County Clerk and the Clerk of the Supreme Court of New York and served on all parties by operation of that court's electronic filing system.

18. The undersigned counsel represent WGCZ, Stephane Michael Pacaud, and Malorie Deborah Pacaud and has the authority and consent of the foregoing to remove this action to this Court. WGCZ, Stephane Michael Pacaud, and Malorie Deborah Pacaud consent to the undersigned counsel filing this Notice of Removal. WGCZ, Stephane Michael Pacaud, and Malorie Deborah Pacaud further consent to the removal of this action to the United States District Court for the Southern District of New York.

19. Counsel for WGCZ, Stephane Michael Pacaud, and Malorie Deborah Pacaud will obtain the consent of all co-defendants who have been served and/or appeared. *See* 28 U.S.C. § 1446 (b)(2)(c).

20. No previous application has been made for the relief requested.

21. WGCZ, Stephane Michael Pacaud, and Malorie Deborah Pacaud reserve the right to amend and supplement this Notice of Removal.

22. By filing this Notice, WGCZ, Stephane Michael Pacaud, and Malorie Deborah Pacaud do not waive their rights to object to service of process, the sufficiency of process, venue or jurisdiction and specifically reserve all rights, objections and defenses, including those based on personal jurisdiction, venue, and service of process. *See Sirius Am. Ins. Co. v. SCPIE Indem. Co.*, 461 F. Supp. 2d 155, 159-60 (S.D.N.Y. 2006) (notice of removal does not waive objections and defenses based on lack of personal jurisdiction).

23. This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11.

24. WHEREFORE, WGCZ, Stephane Michael Pacaud, and Malorie Deborah Pacaud submit that this Notice of Removal be deemed good and sufficient, and that the aforesaid be removed from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York.

Dated: New York, New York
August 2, 2024

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/ Anthony J. Staltari

Michael T. Zeller
Anthony J. Staltari
51 Madison Avenue
New York, New York 10010
Tel. (212) 849-7000
Email: anthonystaltari@quinnemanuel.com
michaelzeller@quinnemanuel.com