MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AYLIN GAUGHAN,

        Plaintiff,

v.

STEPHEN G. BAROUNIS, CITY OF NEW YORK, KATHERINE VIERA, WGCZ, S.R.O., STEPHANE MICHAEL PACAUD, MALORIE DEBORAH PACAUD, AND JOHN DOES 1-50,

        Defendants.

---

Case No. 1:24-cv-05909-LAK

NOTICE OF MOTION TO REMAND



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-5-24

PLEASE TAKE NOTICE THAT that upon the annexed Memorandum of Law in Support of WGCZ, S.R.O.'s, Stephane Michael Pacaud's, and Malorie Deborah Pacaud's (collectively, "**WGCZ Defendants**") Motion to Remand, dated August 9, 2024, the WGCZ Defendants, by their attorneys, Quinn Emanuel Urquhart & Sullivan LLP, hereby move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse, at 500 Pearl Street, New York, New York 10007-1312, for an Order pursuant to 28 U.S.C. § 1446 (b)(2)(c), remanding this action to the New York Supreme Court in which it was originally filed[1].

PLEASE TAKE FURTHER NOTICE that pursuant to SDNY Local Rule 6.1(b), answering papers, if any, shall be served within 14 days after service of the moving papers and that any reply papers shall be served within seven days after service of the answering papers.

Motion Granted. Case remanded to NY Sup. Ct.
Clerk shall close the case.

SO ORDERED

LEWIS A. KAPLAN, USDJ

9/5/24

---

[1] The state court caption for this action is *Aylin Gaughan v. Barounis et al.*, No. 154703/2024 (N.Y. Sup. Ct. Amended Complaint filed May 30, 2024).